MELANIE HOWARD (SBN 218895)
mhoward@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Plaintiff

BIN LI, ESQ. (SBN 223126)
usbinli@sbcglobal.net
Law Offices of Bin Li & Associates
A Professional Law Corporation
17800 Castleton St. Ste 605
City of Industry, CA 91748
Telephone: 626.839.0277
Facsimile: 626.839.0322

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTBRAIN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MGID, INC., a Georgia corporation d/b/a/ MARKET GID; MARKETGID USA, INC., a Georgia corporation; VIACHESLAV TROTSENKO, an individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-06394-RGK(VBK)<br><br>**STIPULATED [PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT** |

　　Plaintiff Outbrain, Inc. ("Plaintiff") and defendants MGID, Inc., and as MGID, Inc. d/b/a Market Gid (collectively "MGID"), MGID, Inc. f/k/a MarketGid USA, Inc. ("MarketGid USA"), and Viacheslav Trotsenko ("Trotsenko") (collectively, "Defendants") having stipulated as set forth below to the entry of this Consent Judgment and Permanent Injunction,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2166339.3209718-10007

STIPULATED [PROPOSED] PERMANENT
INJUNCTION AND CONSENT
JUDGMENT (2:11-CV-06394-RGK(VBK))

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

**FINDINGS**

1. This Court has jurisdiction of the subject matter of this action and the parties hereto.

2. Plaintiff is in the business of driving traffic to websites to increase circulation and generate audience by driving traffic to Plaintiff's clients' websites. Plaintiff's services (the "Services") include:

    a. content ratings and recommendations, to publishers nationwide, including blogs, RSS, newspapers, magazines;

    b. the delivery of targeted content owned by Plaintiff's clients, which results in higher pageviews for clients, more overall website traffic and an opportunity for Plaintiff's clients to monetize their own content through existing channels;

    c. the option to offer Internet users sponsored recommendations, consisting of relevant content from third party sites termed and displayed through links in relevant areas on Plaintiff's clients' websites

    d. the option for clients to purchase traffic to their content through services offered by Plaintiff.

3. Plaintiff asserts that it is the owner of the intellectual property rights, including trademark rights and accompanying goodwill, associated with the distinctive name "OUTBRAIN" in connection with the Services.

4. Plaintiff asserts that Plaintiff's trademark is protectable, and Plaintiff has applied for federal registration of the mark "OUTBRAIN" with the United States Patent and Trademark Office, U.S. Serial Nos. 85/179,286, 85/317,587 and 85/317,579.

5. On or about August 6, 2010, defendant Trotsenko filed with the U.S. Patent & Trademark Office applications to register the mark "OUTBRAIN" with the United States Patent and Trademark Office, U.S. Serial No. 85/101,894.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2166339.3209718-10007

2

STIPULATED [PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT (2:11-CV-06394-RGK(VBK))

6. On or about August 3, 2010, Trotsenko obtained registration for the Internet domain name WWW.OUTBRAIN.BIZ (the "Domain Name"). Defendants have operated a website at the Domain Name.

7. On or about August 3, 2011, Plaintiff filed a Complaint for Trademark Infringement and other claims (the "Complaint") against Defendants.

8. Defendants have been duly served with the Complaint.

9. Trotsenko has affirmatively abandoned Application U.S. Serial No. 85/101,894 for the mark "OUTBRAIN" in the United States Patent and Trademark Office.

10. Trotsenko has transferred the above-referenced Domain Name to Outbrain.

11. Defendants and Plaintiff, and each of them, have agreed to stipulate to the relief sought as set forth herein.

12. There is no known entity by the name of MarketGID USA, Inc. currently in existence. MarketGID USA, Inc. was the former name of MGID, Inc.

## PERMANENT INJUNCTION

1. Defendants, each of them, and each of their respective agents, servants, employees, successors and assigns, including, but not limited to, Trotsenko, and all those acting in concert or participation with them, are hereby permanently enjoined from engaging in or performing directly or indirectly any and all of the following acts:

(a) Using or registering the mark "OUTBRAIN", in whole or as part of any mark, name or logo, in any typeface or font, in any combination of capitalized or lowercase letters, or using any confusingly similar designation, alone or in combination with other words, as a trademark, service mark, trade name, trade name component, brand, domain name, to market, advertise or identify Defendants' services, including without limitation, use in connection with: keyword advertisements; banner ads; sponsored links; content ratings or recommendations;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2166339.3209718-10007

3

STIPULATED [PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT (2:11-CV-06394-RGK(VBK))

1  search engine optimization tools; metatags; as a user name in connection with any
2  email, social media or other type of online accounts; as a domain name; and within
3  the content of any website;

4      (b)    Using any false designation of origin or false description which
5  leads, or is likely to lead, the public or individual members thereof to believe that
6  Defendants' products or services are associated with, sponsored or endorsed by, or
7  otherwise refer to Plaintiff's company or Services;

8      (c)    Doing business as (including marketing, advertising and
9  promoting products or services) using the name "OUTBRAIN", "OUT BRAIN", or
10 any other mark that is confusingly similar to Plaintiff's "OUTBRAIN" mark;

11     (d)    Otherwise infringing Plaintiff's trademark rights in its
12 "OUTBRAIN" mark as that mark is described in the Complaint; or

13     (e)    Assisting, aiding or abetting any other person or business entity
14 in engaging in or performing any of the activities referred to in subparagraphs (a)-
15 (d) above at any time.

16     This section 1 shall not apply to outside counsel for Defendants.

17     2.    The Court shall retain personal jurisdiction over Defendants and shall
18 retain subject matter jurisdiction of this action for purposes of enforcement of this
19 Judgment and the Settlement Agreement dated as of November 29, 2011 which has
20 been entered into by the parties to this action.

21     The clerk is directed to enter this Judgment forthwith without the necessity of
22 any further order of this court.

23 Dated: January 05, 2012        _____
24                 The Honorable R. Gary Klausner
                  United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2166339.3209718-10007

4

STIPULATED [PROPOSED] PERMANENT
INJUNCTION AND CONSENT
JUDGMENT (2:11-CV-06394-RGK(VBK))